IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE SHERMAN,

    Petitioner,                   No. CIV S-06-0017 DFL GGH P

    vs.

YOLO COUNTY SHERIFF'S DEPARTMENT, et al.,

    Respondents.               ORDER

_____/

        Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 10, 2006, this action was dismissed because it contained exhausted and unexhausted claims. On August 25, 2006, petitioner filed a motion to reopen this action on grounds that he has now exhausted all claims. Petitioner must file a new action if he wishes to proceed on previously dismissed claims.

        Accordingly, IT IS HEREBY ORDERED that petitioner's August 25, 2006, motion to reopen this action is denied.

DATED: 9/22/06                      /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

sher17.reo